**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

_____

IN RE: TESTOSTERONE           )     MDL No. 2545
REPLACEMENT THERAPY      )     Master Docket Case No. 1:14-cv-1748
PRODUCTS LIABILITY LITIGATION    )     Honorable Matthew F. Kennelly
------------------------------------------------------- )
                                   )
This Document Relates to Case:      )
                                   )
Carlos Guffey,                )     Case No. 1:16-cv-4723
                                   )
v. AbbVie, Inc., et al          )
_____

## NOTICE

      Pursuant to the Order entered March 29, 2019, Plaintiff's counsel certifies that on April 1, 2019, a copy of the Order entered March 29, 2019 was sent to plaintiff Carlos Guffey via certified U.S. Mail to 522 Lay Hill, Wallins Creek, KY 40873.


Dated: April 1, 2019                                _/s/Brian J. Perkins_
                                         Brian J. Perkins
                                         MEYERS & FLOWERS, LLC
                                         3 N Second Street, Suite 300
                                         St. Charles, IL 60174
                                         (630) 232-6333
                                         bjp@perkins.law